```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                  JACKSON DIVISION
```

**JOHN JACKSON**                                              **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO. 3:03-CV-808BN**

**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS, ET. AL.**                                      **DEFENDANTS**

### Final Judgment

In accordance with the Opinion and Order entered in this case on this day and seeing that all claims and counterclaims have finally been dismissed in this matter, this cause is hereby dismissed, with prejudice.

SO ORDERED this the 28th day of February, 2006.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE

blj